UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
:
MT. HAWLEY INSURANCE COMPANY,      :
:
                  Plaintiff,     :
:          24-CV-6857 (VSB)
        - against -       :
:                **ORDER**
:
GJM ENGINEERING, INC., *et al.*,   :
:
                 Defendants.   :
:
----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

       On December 27, 2024, Plaintiff filed a letter on the public docket relating to settlement discussions with Magistrate Judge Aaron. (Doc. 33.) The Second Circuit has held that "access to settlement discussions and documents has no value to those monitoring the exercise of Article III judicial power by the federal courts." *Pullman v. Alpha Media Publ'g, Inc.*, 624 F. App'x 774, 779 (2d Cir. 2015) (quoting *United States v. Glens Falls Newspapers, Inc.*, 160 F.3d 853, 857 (2d Cir. 1998)). "The 'presumption of access to settlement negotiations is negligible to nonexistent.'" *Id.* (quoting *Glens Falls*, 160 F.3d at 857 (alteration adopted)). Accordingly:

       The Clerk of Court is respectfully directed to limit access to Doc. 33 to the selected party level, viewable only to the Court and the parties.

SO ORDERED.

Dated: December 27, 2024
       New York, New York

                                                 Vernon S. Broderick
                                                 United States District Judge