# OLSHAN

1325 AVENUE OF THE AMERICAS ▪ NEW YORK, NEW YORK 10019
TELEPHONE: 212.451.2300 ▪ FACSIMILE: 212.451.2222

EMAIL: ACRAWFORD@OLSHANLAW.COM
DIRECT DIAL: 212.451.2287

January 29, 2026

**VIA ECF**

The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, NY 10007

**Re: Status Update On Pending Motions for Judgment on the Pleadings**
    ***Mt. Hawley Insurance Company v. GJM Engineering, Inc., Case No. 1:24-cv-06857-VSB***

Dear Judge Broderick:

Counsel for Defendant GJM Engineering, Inc. ("GJM") in the above-referenced matter, kindly seeks the status of the pending Motions for Judgment on the Pleadings that were fully briefed and filed January 31, 2025.

GJM thanks the Court for its attention to this inquiry.

Respectfully submitted,

*/s/ Anthony B. Crawford*

Anthony B. Crawford

cc: (via ECF)
    Anthony M. Tessitore, Esq., atessitore@tresslerllp.com
    George Twill, Esq., gtwill@tresslerllp.com

The Court is in receipt of the Motions for Judgment on the Pleadings and a decision will issue in due course.

Vernon S. Broderick
United States District Judge    2/9/2026

OLSHAN FROME WOLOSKY LLP                    WWW.OLSHANLAW.COM

13132188-1