**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------X

MT. HAWLEY INSURANCE COMPANY,

Plaintiff,

-against-

GJM ENGINEERING, INC.,

Defendant.

-------------------------------------------------------------------X

24 **CIVIL** 6857 (VSB)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Opinion & Order dated July 29, 2026, the Court concludes that Mt. Hawley has a duty to defend GJM, but that a ruling with respect to indemnity is premature. Accordingly, Mt. Hawley's motion for judgment on the pleadings is DENIED and GJM's motion for judgment on the pleadings is GRANTED.

**Dated:** New York, New York

July 31, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** 

**Deputy Clerk**